## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Sky Eagle Deer Dickens, ) | Case No.  1:16-cv-116 |
| ) | |
| Defendant. ) | |

Before the court is a "Motion to Allow Telephone Evaluation" filed by defendant on July 18, 2017.  Defendant in custody awaiting sentencing.  He is being housed at the Heart of America Correctional and Treatment Center ("HACTC") in Rugby, North Dakota.  He requests the court's permission to the participate in a telephonic needs assessment with Prairie St.  John's on July 24, 2017, at 2:00 p.m. in order to determine whether he qualifies for treatment at its facility.  The Government filed a response to the motion on July 19, 2017, advising that it has no objection to defendant's motion.

Accordingly, the court **GRANTS** defendant's motion (Docket No.  56).  Defendant may participate in a needs assessment by telephone with Prairie St.  John's on July 24, 2017, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated this 20th day of July, 2017.

> */s/ Charles S.  Miller, Jr.*
> Charles S.  Miller, Jr., Magistrate Judge
> United States District Court