PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Skye Eagle Deer Dickens     Case Number: 0868 1:16CR00116

Name of Sentencing Judicial Officer: Daniel L. Hovland, Chief U.S. District Court Judge

Date of Original Sentence: November 8, 2017

Original Offense:     Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine

Original Sentence:     12 months and 1 day custody followed by a 3 year term of supervised release

Type of Supervision: TSR     Date Supervision Commenced: 8/24/2018

Asst. U.S. Attorney: Rick L. Volk     Defense Attorney: Lynn E. Slaathaug Moen

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | Mr. Dickens was in possession of a firearm on or about September 4, 2019. This is in violation of his standard conditions. |
| 2. | Mr. Dickens has failed to notify the U.S. Probation Office of a change in residence. As of August 30, 2019, Mr. Dickens residence is unknown. This is in violation of standard condition #5. |
| 3. | Mr. Dickens was in constructive possession of ammunition on or about August 27, 2019. This is in violation of standard condition #10. |

<2

PROB 12C
(Rev. 2/13)
Dickens, Skye
0868 1:16CR00116

U.S. Probation Officer Recommendation: It is respectfully requested that a warrant be issued for the defendant and that hearings be held to determine if he has violated the terms of his supervision.

☒ The term of supervision should be:

　☒ Revoked.

　☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2019

/s/ Jeff Frankeberger
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

Sept. 4, 2019
Date